We have submitted seven cases out of the docket today, leaving one for oral argument, Caracsony v. Ashcroft. We apparently do not have counsel for the petitioner present, but hopefully counsel will arrive shortly. We will start with the Attorney for the United States, Ms. Parker. Jennifer Parker May I please the Court? I'm Jennifer Parker, and I represent Attorney General John Ashcroft in this case. The issue before the Court today is whether substantial evidence supports the immigration judge's determination that the petitioner failed to establish either past persecution or a well-founded fear of future persecution. I'm having difficulty hearing you, Ms. Parker. Can you speak up a little louder and a little slower? Yes. The government submits that substantial evidence does in fact support the immigration judge's determination that the petitioner did not establish that he suffered past persecution or a well-founded fear of future persecution on account of a protected ground in Romania. And the record does not compel, nothing in the record compels a different result. The petitioner had two grounds for his claim of past persecution. One was based on his religious beliefs as a Jehovah's Witness. And the second seems to be his race and ethnicity as far as being a Romanian-Hungarian as well as a Roma Gypsy. The government submits that he has not presented any evidence that supports the finding of past persecution on either of those grounds. In particular, religion. His only fear here is that he's going to be drafted into the Romanian Army. And because he's a Jehovah's Witness, he'll have to refuse being drafted because it's against his religion. And as a result, he'll be persecuted. However, he left Romania before he even reached draft age. He never received a notice telling him to appear. So he really has presented nothing as far as religion. What is the evidence on his being singled out as a Jehovah's Witness? There is no evidence, Your Honor. It appears from all the testimony and the documents in the record that Romania does have compulsory military service. But it's applied equally to all males at age 20. And there's really no evidence that even all males are actually called into service. Petitioner feared that he would be drafted and said that because he's a Jehovah's Witness, he would have to abstain from that because he doesn't believe in picking up guns. However, he was never actually drafted. There is no evidence that anyone is singled out. And there's no evidence that even if he did refuse to serve, that he would be punished just because he's a Jehovah's Witness. I mean, any punishment that he received would be because he's evading the draft. And this court has found that that is not persecution under the act in cases like this. Asked him any other questions on the religious issue. The only other issue he's presented is his ethnicity as a Hungarian in Romania, as well as a Roma Gypsy. And it looks like he's basing that on two incidents where he was stopped by police, arrested. The beatings that he says he received are pretty unclear from his testimony. He didn't go into too much on the beatings. His asylum application as to the second beating in 1996 has a little more detail. But the government submits that these are isolated incidents. They don't rise to the level of past persecution. And there's no evidence that they were actually, other than his testimony, or in his asylum application, he seems to say that the police arrested him just because he's a Hungarian. He changes that a bit in his testimony and claims that they called him a dirty gypsy, something he had not appeared to claim before he got to court. Other than that, he's suffered no other detentions, beatings. And if you take a look at the State Department reports, there's nothing in them that would support that he has a well-founded fear that he will continue to receive additional persecution on account of his religion, on account of his race or ethnicity. The State Department reports indicate, the most recent ones in the record from 1998, indicate that ethnic Hungarians now make up, they now hold 36 seats in Parliament. The government of Romania actually created a council for national minorities, which in 1996 became a government department for the protection of national minorities. So the government seems to be doing everything it can to make sure that these minorities aren't discriminated against. And the most the record would support is that Roma gypsies do experience some discrimination. There may be some violence on the local level, but it's nothing that the government is doing. And it appears that the government is doing everything they can to stop this kind of discrimination. So the record certainly doesn't support that he would have a well-founded fear of future persecution, based on any protected ground. Absent any further questions, I just would conclude that substantial evidence does support the immigration judge's decision, and this Court should affirm that decision. Apparently there are no questions, Counsel. The brief of the appellant is quite thorough, and we will rely on the brief with respect to the appellant's position. I'm hearing no further indication that the appellant will make an appearance today. The case just argued will be submitted, and the Court will adjourn.
judges: Hall, O'scannlain, Brown